# EXHIBIT A

 

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**   Reg. No. 1,177,400
Registered Nov. 10, 1981

## TRADEMARK
Principal Register

## CHANEL

Chanel, Inc. (New York corporation)
9 W. 57th St.
New York, N.Y. 10019

For: HATS, SHAWLS AND BELTS, in CLASS 25 (U.S. Cl. 39).
First use Sep. 12, 1977; in commerce Sep. 12, 1977.
Owner of U.S. Reg. Nos. 277,671, 1,087,785 and others.

Ser. No. 265,029, filed Jun. 5, 1980.

C. J. CONDRO, Primary Examiner

BRIAN ANDERSON, Examiner

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,241,265
Registered Jun. 7, 1983

## TRADEMARK
Principal Register

# CHANEL

Chanel, Inc. (New York corporation)
9 W. 57th St.
New York, N.Y. 10019

For: SUITS, JACKETS, SKIRTS, DRESSES, PANTS, BLOUSES, TUNICS, SWEATERS, CARDIGANS, TEE-SHIRTS, CAPES, COATS, RAINCOATS, 〞JACKETS MADE OF FEATHERS, SHAWLS,〟 SCARVES, SHOES AND BOOTS, in CLASS 25 (U.S. Cl. 39).
   First use 1914; in commerce 1925.
   Owner of U.S. Reg. Nos. 915,139, 1,177,400 and others.

   Ser. No. 359,661, filed Apr. 14, 1982.

CRAIG K. MORRIS, Examiner

Int. Cls.: **16 and 18**

Prior U.S. Cls.: **3 and 37**

**United States Patent and Trademark Office**  Reg. No. **1,347,677**
Registered July 9, 1985

## TRADEMARK
### PRINCIPAL REGISTER

### CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 W. 57TH ST.
NEW YORK, NY 10019

FOR: NOTEBOOKS AND STATIONERY TYPE PORTFOLIOS, IN CLASS 16 (U.S. CL. 37).
FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.

FOR: LEATHER GOODS—NAMELY, HANDBAGS, WALLETS, TRAVEL BAGS, LUGGAGE, BUSINESS AND CREDIT CARD CASES, BRIEF CASE TYPE PORTFOLIOS, ATTACHE CASES, CHANGE PURSES, SUITCASES, TOTE BAGS, MAKE-UP BAGS AND VANITY CASES SOLD EMPTY, GARMENT BAGS FOR TRAVEL AND TRAVELLERS' SHOE BAGS, IN CLASS 18 (U.S. CL. 3).
FIRST USE 0-0-1938; IN COMMERCE 11-24-1954.

OWNER OF U.S. REG. NO. 626,035.

SER. NO. 356,734, FILED 3-26-1982.

ROBERT PEVERADA, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**　Reg. No. 1,510,757
Registered Nov. 1, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: SUN-GLASSES, IN CLASS 9 (U.S. CL. 26).

FIRST USE 9-4-1987; IN COMMERCE 9-4-1987.

OWNER OF U.S. REG. NOS. 612,169, 906,262 AND OTHERS.

SEC. 2(F).

SER. NO. 687,947, FILED 10-29-1987.

FRANK HELLWIG, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent and Trademark Office**    Reg. No. 1,733,051<br>Registered Nov. 17, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: LEATHER GOODS; NAMELY, HANDBAGS, WALLETS, TRAVEL BAGS, LUGGAGE, BUSINESS AND CREDIT CARD CASES, CHANGE PURSES, TOTE BAGS, COSMETIC BAGS SOLD EMPTY, AND GARMENT BAGS FOR TRAVEL, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0-0-1954; IN COMMERCE 0-0-1954.

OWNER OF U.S. REG. NOS. 626,035, 1,347,677 AND OTHERS.

SER. NO. 74-242,426, FILED 1-31-1992.

KEITH L. HENDERSON, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

United States Patent and Trademark Office

Reg. No. 3,133,139
Registered Aug. 22, 2006

TRADEMARK
PRINCIPAL REGISTER

# CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: JEWELRY AND WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1914; IN COMMERCE 0-0-1925.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 195,360, 2,812,740 AND OTHERS.

SER. NO. 78-725,496, FILED 10-3-2005.

REBECCAH GAN, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office

# CHANEL

**Reg. No. 7,423,225**  
**Registered Jun. 18, 2024**  
**Int. Cl.: 14**  
**Trademark**  
**Principal Register**

Chanel, Inc. (NEW YORK CORPORATION)  
Chanel Legal Department  
9 West 57th Street, 2B  
New York, NEW YORK 10019

CLASS 14: Jewelry charms

FIRST USE 12-1-2022; IN COMMERCE 12-1-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 0195360, 1733051, 6653689

SER. NO. 97-680,246, FILED 11-16-2022




Director of the United States Patent and Trademark Office



Int. Cl.: 14

Prior U.S. Cl.: 28

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 902,190
Registered Nov. 10, 1970
Renewal Approved Oct. 15, 1990

## TRADEMARK
## PRINCIPAL REGISTER

### CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 W. 57TH ST.
NEW YORK, NY 10019

OWNER OF U.S. REG. NO. 612,169.

FOR: BRACELETS, PINS, AND EARRINGS, IN CLASS 28 (INT. CL. 14).

FIRST USE 0-0-1914; IN COMMERCE 0-0-1925.

SER. NO. 72-339,492, FILED 5-28-1969.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Nov. 27, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

902,190
Registered Nov. 10, 1970

## PRINCIPAL REGISTER
### Trademark

Ser. No. 339,492, filed May 28, 1969

## CHANEL

Chanel, Inc. (New York corporation)
1 W. 57th St.
New York, N.Y.  10019

For: BRACELETS, PINS, AND EARRINGS, in CLASS 28 (INT. CL. 14).
First use in 1914; in commerce in or before 1925.
Owner of Reg. No. 612,169.

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 915,139
Registered June 15, 1971

10 Year Renewal                Renewal Term Begins June 15, 1991

## TRADEMARK
## PRINCIPAL REGISTER

### CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

OWNER OF U.S. REG. NO. 619,522.

FOR: WOMEN'S SHOES, IN CLASS 39 (INT. CL. 25).

FIRST USE 3-17-1970; IN COMMERCE 3-17-1970.

SER. NO. 72-373,473, FILED 10-16-1970.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 27, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

915,139
Registered June 15, 1971

## PRINCIPAL REGISTER
### Trademark

Ser. No. 373,473, filed Oct. 16, 1970

## CHANEL

Chanel, Inc. (New York corporation)
1 W. 57th St.
New York, N.Y. 10019

For: WOMEN'S SHOES, in CLASS 39 (INT. CL. 25).
First use Mar. 17, 1970; in commerce Mar. 17, 1970.
Owner of Reg. No. 619,522.