# EXHIBIT B

Int. Cls.: **16 and 18**

Prior U.S. Cls.: **3 and 37**

**United States Patent and Trademark Office**

Reg. No. **1,314,511**
Registered Jan. 15, 1985

## TRADEMARK
Principal Register



Chanel, Inc. (New York corporation)
9 W. 57th St.
New York, N.Y. 10019

For: NOTEBOOKS AND STATIONERY-TYPE PORTFOLIOS, in CLASS 16 (U.S. Cl. 37).
First use Sep. 1981; in commerce Sep. 1981.
For: LEATHER GOODS—NAMELY, HANDBAGS, WALLETS, TRAVEL BAGS, LUGGAGE, CREDIT CARD AND BUSINESS CARD CASES, MAKE-UP BAGS AND VANITY CASES SOLD EMPTY, BRIEFCASE-TYPE PORTFOLIOS; ATTACHE CASES, CHANGE PURSES, SUIT-CASES, TOTE BAGS, GARMENT BAGS AND TRAVELLERS' SHOE BAGS, in CLASS 18 (U.S. Cl. 3).

First use Nov. 24, 1954; in commerce Nov. 24, 1954.

Owner of U.S. Reg. No. 1,075,016.

Ser. No. 356,733, filed Mar. 26, 1982.

FRANCIE R. GOROWITZ, Examining Attorney

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**　Reg. No. 1,654,252
Registered Aug. 20, 1991

## TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

　FOR: SUNGLASSES, IN CLASS 9 (U.S. CL. 26).
　FIRST USE 1-0-1990; IN COMMERCE 1-0-1990.

OWNER OF U.S. REG. NOS. 195,359, 1,347,094 AND OTHERS.

SER. NO. 74-097,621, FILED 9-17-1990.

COLLEEN SCHALLOCK, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent and Trademark Office**   Reg. No. 1,734,822
Registered Nov. 24, 1992

## TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: LEATHER GOODS; NAMELY, HANDBAGS, WALLETS, TRAVEL BAGS, LUGGAGE, BUSINESS CARD CASES, CHANGE PURSES, TOTE BAGS, AND COSMETIC BAGS SOLD EMPTY, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0-0-1954; IN COMMERCE 0-0-1954.

OWNER OF U.S. REG. NOS. 1,293,298, 1,314,511 AND OTHERS.

SER. NO. 74-242,471, FILED 1-31-1992.

KEITH L. HENDERSON, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,241,822**
**Registered Nov. 13, 2012**
**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHANEL, INC. (NEW YORK CORPORATION)
CHANEL LEGAL DEPARTMENT
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: CLOTHING, NAMELY, COATS, JACKETS, DRESSES, TOPS, BLOUSES, SWEATERS, CARDIGANS, SKIRTS, VESTS, PANTS, JEANS, BELTS, SWIM WEAR, PAREOS, BEACH COVER-UPS, HATS, SUN VISORS, SCARVES, SHAWLS, TIES, GLOVES, FOOTWEAR, HOSIERY AND SOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-1-1984; IN COMMERCE 10-1-1984.

OWNER OF U.S. REG. NOS. 1,293,398, 4,074,269 AND OTHERS.

THE MARK CONSISTS OF BACK-TO-BACK INTERLOCKING CS.

SER. NO. 85-587,416, FILED 4-3-2012.

ROBERT STRUCK, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,183,062**

**Registered Oct. 03, 2023**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

Chanel, Inc. (NEW YORK CORPORATION)
Chanel Legal Department
9 West 57th Street, 2B
New York, NEW YORK 10019

CLASS 14: Costume jewelry

FIRST USE 9-30-1981; IN COMMERCE 9-30-1981

The mark consists of interlocking Cs.

OWNER OF U.S. REG. NO. 1501898, 4505433

SER. NO. 97-888,568, FILED 04-14-2023



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office



**Reg. No. 7,196,443**

**Registered Oct. 17, 2023**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Chanel, Inc. (NEW YORK CORPORATION)
Chanel Legal Department
9 West 57th Street, 2B
New York, NEW YORK 10019

CLASS 25: Footwear; Gloves; Headwear; Hosiery; Scarves; Swimwear; Bottoms as clothing; Dresses; Outerwear, namely, coats and jackets; Tops as clothing; Clothing belts

FIRST USE 9-00-1981; IN COMMERCE 9-00-1981

The mark consists of interlocking Cs.

OWNER OF U.S. REG. NO. 1271876, 1501898, 4241822

SER. NO. 98-003,502, FILED 05-18-2023



Director of the United States
Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office



**Reg. No. 7,423,226**

**Registered Jun. 18, 2024**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

Chanel, Inc. (NEW YORK CORPORATION)
Chanel Legal Department
9 West 57th Street, 2B
New York, NEW YORK 10019

CLASS 14: Jewelry charms

FIRST USE 12-1-2022; IN COMMERCE 12-1-2022

The mark consists of interlocking Cs.

OWNER OF U.S. REG. NO. 1293398, 0195359, 5524980

SER. NO. 97-680,668, FILED 11-16-2022



Director of the United States
Patent and Trademark Office

