AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

CHANEL, INC., a New York Corporation, )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 2:25-cv-384-SPC-KCD
)
PETUNIAS OF NAPLES, an Unknown Business )
Entity; CLAUDETTE WILLIS, an individual; )
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Petunias of Naples
824 5th Avenue South
Naples, Florida 34102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stephen M. Gaffigan (Fla. Bar No. 025844)
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
E-mail: Stephen@smgpa.cloud
Attorney for Plaintiff
Chanel, Inc.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*LeanneDeAngelis*

Date:  05/06/2025                                                                            *Signature of Cl.*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| CHANEL, INC., a New York Corporation, <br><br> *Plaintiff(s)* <br> v. <br> PETUNIAS OF NAPLES, an Unknown Business Entity; CLAUDETTE WILLIS, an individual; <br><br> *Defendant(s)* | Civil Action No. 2:25-cv-384-SPC-KCD |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Claudette Willis
824 5th Avenue South
Naples, Florida 34102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stephen M. Gaffigan (Fla. Bar No. 025844)
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
E-mail: Stephen@smgpa.cloud
Attorney for Plaintiff
Chanel, Inc.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  05/06/2025                              *LeanneDeAngelis*
                                                     *Signature of C*