UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHANEL, INC.,

    Plaintiff,

v.                                                 Case No.:  2:25-cv-384-SPC

PETUNIAS OF NAPLES and
CLAUDETTE WILLIS,

    Defendants.
_____/

## **ORDER**

Before the Court are the parties' Stipulated Permanent Injunction (Doc. 19) and Stipulation of Dismissal With Prejudice (Doc. 20).  In their stipulated dismissal, the parties ask the Court to issue an order on the parties' Stipulated Permanent Injunction before dismissing the case.  (Doc. 20).

Upon review of the filings and given the parties' agreement, the Court adopts in part the Stipulated Permanent Injunction.[1]  As for the parties' stipulation of dismissal with prejudice, it is self-executing.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278

---

[1] The stipulated injunction asks the Court to retain jurisdiction to make "any further orders necessary or proper for the enforcement, construction, or modification" of the stipulated injunction and the parties' settlement agreement.  (Doc. 19).  The Court declines to retain jurisdiction over the settlement agreement's enforcement, construction, or modification.  The remainder of the stipulated injunction is adopted.

(11th Cir. 2012) (finding a stipulation filed pursuant to Rule 41(a)(1)(A)(ii) "is self-executing and dismisses the case upon it becoming effective").

Accordingly, it is now

**ORDERED:**

1. Except as otherwise outlined in this Order, the Stipulated Permanent Injunction (Doc. 19) is adopted and incorporated herein as part of this Order.

2. This case is **DISMISSED with prejudice**.

3. The Court retains jurisdiction over the enforcement, construction, and modification of the Stipulated Permanent Injunction.

4. The Court declines to retain jurisdiction over enforcement, construction, or modification of the parties' settlement agreement.

**DONE** and **ORDERED** in Fort Myers, Florida on October 1, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record